1
2
3
4
5
6                   UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8
GEORGE WESLEY WELLS,                )   1:09-CV-01132 LJO JMD HC
9                                   )
                    Petitioner,     )   ORDER MODIFYING NUNC PRO TUNC
10                                  )   ORDER ADOPTING FINDINGS AND
        v.                          )   RECOMMENDATION AND DENYING
11                                  )   PETITION FOR WRIT OF HABEAS CORPUS
JAMES D. HARTLEY,                   )   [Doc. 18]
12                                  )
                    Respondent.     )
13 _____ )

14
        George Wesley Wells (hereinafter "Petitioner") is a state prisoner proceeding *pro se* with a
15
petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.
16
        The Magistrate Judge issued a Findings and Recommendation on July 28, 2010,
17
recommending that the petition for writ of habeas corpus be DENIED with prejudice.  (Court Doc.
18
17.)  The Court, in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), conducted a *de novo*
19
review of the case and concluded that the Magistrate Judge's Findings and Recommendations was
20
supported by the record and contained the proper analysis.  The Court adopted the Findings and
21
Recommendation and denied the petition for writ of habeas corpus on September 17, 2010.  (Court
22
Doc. 18.[1])
23
        The Court notes that the  September 17, 2010 order contained the wrong name in the body of
24
the order.  Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, "[t]he court may correct a
25

26  _____

27          [1]The Court notes that the  September 27, 2010 order contained the wrong name in the body of the order.  Pursuant
    to Rule 60(a) of the Federal Rules of Civil Procedure, "[t]he court may correct a clerical mistake or a mistake arising from
28  oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion
    or on its own, with or without notice.

clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice."

Accordingly, the Court's Order of September 17, 2010 (Court Doc. 18) is modified *nunc pro tunc* on Page 1, line 16, to replace "Clement Brown" with "George Wesley Wells."

IT IS SO ORDERED.

**Dated:   October 12, 2010**         /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE